**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GERARD BURNEY,

    Plaintiff,

v.                                          Case No: 8:23-cv-712-CEH-UAM

CITY OF CLEARWATER,

    Defendant.

_____

**ORDER**

This matter is before the Court upon review of the file. Pursuant to a notice of settlement (Doc. 21), the Court entered an Order on April 12, 2024, dismissing this action without prejudice and providing the parties an opportunity to submit, within sixty days, a stipulation or final judgment for dismissal with prejudice (Doc. 22). The Court advised that after that 60-day period, the dismissal would be with prejudice. More than sixty days have passed, and the parties have not submitted a stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

Accordingly, it is now **ORDERED**:

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties